■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY SAVAGE-THORNBERG, Appellant. [703 NYS2d 405] —Judgment unanimously affirmed. Counsel's motion to be relieved of

assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Violation of Probation.) Present—Pine, J. P., Hayes, Scudder, Balio and Lawton, JJ. (Filed Jan. 31, 2000.)